**No. 66015.**—Vanity Gloves, Inc., et al. *v.* United States, protests 58/3224(D), etc.

Plaintiffs' application for rehearing granted.

**No. 66016.**—Lyons Transport *v.* United States, protests 60/27787 and 60/27791.

Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, SEPTEMBER 5, 1961

**No. 66017.**—F. W. Woolworth Company *v.* United States, protest 60/26571 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

**No. 66018.**—F. W. Woolworth Co. *v.* United States, protest 60/27720 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

**No. 66019.**—Gellman Brothers *v.* United States, protest 326172–K (Minneapolis).

Opinion by OLIVER, C.J. In accordance with oral stipulation of counsel that the merchandise described on the invoice as "40 grs. Art. #4237 6¾″ Pirate Sword, Good quality rubber with silver color blade and black handle and shield," does not consist of toys and is in chief value of rubber, the claim of the plaintiff was sustained.